# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00727-CR

**Juan Jose Ramirez, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 424TH JUDICIAL DISTRICT
### NO. 41984, HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due on April 27, 2016. On counsel's motions, the deadline for filing was extended to June 30. Appellant's counsel has now filed a third motion requesting that the Court extend the time for filing appellant's brief to August 30. We grant the motion for extension of time and order appellant to file a brief no later than August 30, 2016. No further extension of time will be granted, and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered July 14, 2016.

Before Justices Puryear, Pemberton, and Field

Do Not Publish